```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 03117
   VALERIE T WALKER
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1370


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/08 .

   2.  The case was dismissed without confirmation, 05/09/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG          .00             .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE  NOT FILED              .00             .00
GMAC PAYMENT CENTER        SECURED VEHIC          .00             .00             .00
HSBC AUTO FINANCE          SECURED VEHIC          .00             .00             .00
WESPARK CONDO ASSOC        SECURED                .00             .00             .00
WASHINGTON MUTUAL BANK     CURRENT MORTG          .00             .00             .00
WFNNB/HARLEM FURNITURE     SECURED                .00             .00             .00
AFNI INSURANCE SERVICES    UNSECURED      NOT FILED              .00             .00
ALLIED INTERSTATE          UNSECURED      NOT FILED              .00             .00
ASSET ACCEPTANCE CORP      UNSECURED      NOT FILED              .00             .00
HSBC                       UNSECURED      NOT FILED              .00             .00
CBA COLLECTION BUREAU      UNSECURED      NOT FILED              .00             .00
CCA                        UNSECURED      NOT FILED              .00             .00
WFNNB/HARLEM FURNITURE     UNSECURED      NOT FILED              .00             .00
CREDIT MANAGEMENT SERVIC   UNSECURED      NOT FILED              .00             .00
DISH NETWORK               UNSECURED      NOT FILED              .00             .00
GMAC FINANCIAL SERVICES    UNSECURED      NOT FILED              .00             .00
LANE BRYANT                UNSECURED      NOT FILED              .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00             .00
WASHINGTON MUTUAL CARD S   UNSECURED      NOT FILED              .00             .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID

       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00           .00          .00            .00
PRINCIPAL PAID           .00          .00           .00          .00            .00
INTEREST PAID            .00          .00           .00          .00            .00
TOTAL PAID               .00          .00           .00          .00            .00
The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   3500.00
and was paid $   1080.00   direct and $      .00 through the plan.
```

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE